# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ABDUL K CALHOUN,

    Petitioner,

v.

JEFFREY A UTTECHT,

    Respondent.

CASE NO. C12-5285 BHS-JRC

ORDER

The Court, having reviewed plaintiff's application to proceed in forma pauperis, does hereby find and ORDER:

Plaintiff's application for leave to proceed in forma pauperis (ECF No. 1and 5) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to mail a copy of this Order to Plaintiff.

Dated this 1st day of May, 2012.

_____
J. Richard Creatura
United States Magistrate Judge

ORDER - 1