UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ABDUL K. CALHOUN,

                Petitioner,

     v.

JEFFREY A. UTTECHT,

                Respondent.

CASE NO. C12-5285 BHS

ORDER ADOPTING A REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition for habeas corpus (Dkt. 7) is **DENIED**;

(3)    A certificate of appealability is **DENIED**; and

(4)    This case is closed.

DATED this 5th day of October, 2012.

                                      */s/ Benjamin H. Settle*
                                      BENJAMIN H. SETTLE
                                      United States District Judge